UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
──────────────────────────────────X

OWEN MARLON ALEXANDER,

        Plaintiff,

   - against -

PROGRAM DEVELOPMENT SERVICE INC.,

        Defendant.
──────────────────────────────────X

MEMORANDUM
AND ORDER
18-CV-1433 (BMC)(RER)

REYES, United States Magistrate Judge:

      Plaintiff, proceeding *pro se*, commenced this employment discrimination action on March 7, 2018 against his former employer, Program Development Service. Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendant without prepayment of fees.

SO ORDERED.

                        __/s/RER_____
                        Ramon E. Reyes, Jr.
                        United States Magistrate Judge

Dated:  Brooklyn, New York
          March 13, 2018